IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

BELINDA K. FRANKS, a/k/a
BELINDA K. FRANKS BROWN                                                          PLAINTIFF

VS.                              3:16CV00244-BRW-JTK

POINSETT COUNTY DETENTION CENTER, *et al.*                                    DEFENDANTS

### ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. There have been no objections. After a review of the proposed findings and recommendations, I adopt them in their entirety.

Accordingly, Defendants Poinsett County Detention Center, Mills, and Marshall are DISMISSED, without prejudice, for failure to state a claim upon which relief may be granted. At this point, Plaintiff may proceed with her claims against Defendant Cox.

IT IS SO ORDERED this 16th day of November, 2016.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE