IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BELINDA FRANKS**                                                   **PLAINTIFF**
**ADC #714774**

v.                    **CASE NO. 3:16-CV-346 BSM**

**SUSAN COX**                                                       **DEFENDANT**

## ORDER

Defendant Susan Cox's motion to consolidate [Doc. No. 6] is granted, and this case is consolidated with *Belinda Franks v. Susan Cox*, Case No. 3:16-CV-00244, currently pending before Magistrate Judge Jerome T. Kearney. *See* Fed. R. Civ. P. 42(a).

IT IS SO ORDERED this 25th day of July 2017.

_____
UNITED STATES DISTRICT JUDGE