IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BELINDA K. FRANKS**      **PLAINTIFF**
**ADC #714774**

v.      **CASE NO. 3:16-CV-00244 JTK**

**POINSETT COUNTY DETENTION CENTER, et al.**      **DEFENDANTS**

**Consolidated With:**

**BELINDA K. FRANKS**      **PLAINTIFF**

v.      **CASE NO. 3:16-CV-00346 BSM**

**SUSAN COX**      **DEFENDANT**

## ORDER

The proposed findings and recommendations [Doc. No. 24] submitted by United States Magistrate Judge Jerome T. Kearney have been reviewed. No objections have been filed. After careful review of the record, the proposed findings and recommendations are adopted in their entirety. Accordingly, defendants' motions for summary judgment in both cases, 3:16-CV-00244 JTK, Doc. No. 15 and 3:16-CV-00346 BSM, ECF Doc. No. 17, are granted, and both cases are dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE