IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**BELINDA K. FRANKS**  **PLAINTIFF**
**ADC #714774**

v.   CASE NO. 3:16-CV-00244 JTK

**POINSETT COUNTY DETENTION CENTER, et al.**   **DEFENDANTS**

**Consolidated With:**

**BELINDA K. FRANKS**   **PLAINTIFF**

v.   CASE NO. 3:16-CV-00346 BSM

**SUSAN COX**   **DEFENDANT**

## JUDGMENT

Consistent with the order entered on this day, both cases are dismissed with prejudice.

IT IS SO ORDERED this 3rd day of January 2018.

_____
UNITED STATES DISTRICT JUDGE